IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARK BURCH,

      Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D14-38

FLORIDA COMMISSION ON
OFFENDER REVIEW,

      Appellee.

_____/

Opinion filed August 14, 2014.

An appeal from the Circuit Court for Leon County.
Charles A. Francis, Judge.

Mark Burch, pro se, Appellant.

Sarah J. Rumph, Florida Commission on Offender Review, and Mark J. Hiers, Assistant General Counsel for Florida Commission on Offender Review, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, ROWE, and MAKAR, JJ., CONCUR.